IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN F. D'AMICO,
DOC # L58304,

    Plaintiff,

v.                        Case No. 4:19cv446-MW/CAS

MARK INCH, et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 10. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's motion for preliminary injunction, ECF No. 5, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings. Further, the Clerk is directed to refile the motion for preliminary injunction, ECF No. 5, in Case No. 4:18cv494, in light of Plaintiff's

1

objections.

**SO ORDERED on December 2, 2019.**

**s/ MARK E. WALKER**
**Chief United States District Judge**
